UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

YELITZA PICON, ON BEHALF OF HERSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

        Plaintiff,

        v.

WILSON & SON LTD.,

        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:22-cv-3082

ECF CASE

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, YELITZA PICON, and Defendant, WILSON & SON LTD., in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above entitled action be dismissed with prejudice and without fees and costs.

Dated: New York, New York
       August 5, 2022

GOTTLIEB & ASSOCIATES

_____
Jeffrey M. Gottlieb, Esq.
150 East 18th Street, Suite PHR
New York, NY 10003
Phone: (212) 228-9795
Fax: (212) 982-6284
Jeffrey@Gottlieb.legal

*Attorneys for Plaintiff*

Pirrotti & Glatt Law Firm PLLC
PIRROTTI LAW FIRM LLC

_____
Anthony Joseph Pirrotti, Jr., Esq.
2 Overhill Road, Suite 200
Scarsdale, NY 10583
Phone: 914 723-4333
Fax: 914 723-4838
Anthony@pirrottilawfirm.Com

*Attorney for Defendant*